No. 73–1008.    PORTLAND CEMENT CORP. *v.* ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.    C. A. D. C. Cir.    Certiorari denied.    MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1275.    NATURAL GAS PIPELINE COMPANY OF AMERICA *v.* TRANSCONTINENTAL GAS PIPE LINE CORP. ET AL.    C. A. D. C. Cir.    Certiorari denied.    MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1180.    TIIDEE PRODUCTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 73–1423.    INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.    Petition for certiorari before judgment by C. A. D. C. Cir.    Motion of the Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* in No. 73–1180 granted.    Certiorari denied.

No. 73–1507.    PARKER, JAIL SUPERINTENDENT *v.* GLINSEY ET AL.    C. A. 6th Cir.    Motion of respondents for leave to proceed *in forma pauperis* granted.    Certiorari denied.